### 16779.   NORMAN *v.* THE STATE.

BROYLES, C. J.   The motion for a new trial contained the usual general
grounds only; the evidence authorized the verdict, and the refusal to
grant a new trial was not error.

> *Judgment affirmed.   Luke and Bloodworth, JJ., concur.*

> DECIDED NOVEMBER 10, 1925.

Conviction of larceny of hogs; from Colquitt superior court—
Judge Persons presiding.   August 13, 1925.

*James L. Dowling,* for plaintiff in error.
*Clifford E. Hay, solicitor-general,* contra.